STANLEY CRAIG GOFF State Bar No. 289564
LAW OFFICE OF STANLEY GOFF
15 Boardman Place, Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
scraiggoff@aol.com

EVA GUO (SBN 172754)
15 Boardman Place
San Francisco, CA 94103
Telephone: (415) 307-8889
Email: evaguo8@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TALMAGE BATES,**<br>**Plaintiff,**<br>**v.**<br>**CITY OF OAKLAND AND DOES 1-50**<br>**Defendants.** | **Case No.** 3:26-cv-04898-CRB<br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR RELIEF TO SERVE DEFENDANTS** : ORDER |

PLEASE TAKE NOTICE that Plaintiff hereby moves for administrative relief from the Court to serve Defendants after the 90-deadline imposed by Rule 4 of the Federal Rules of Civil Procedure.

The motion will be based on the following grounds:

The complaint was filed on May 22, 2026. (Dkt. No. 1.) Under Rule 4, the deadline to have the Defendants served was August 20, 2026. Plaintiff's counsel inadvertently miscalendared the date to have the parties served. Plaintiff's counsel has filed a proposed summons with the Court and is waiting for the summons to be issued so that the Defendants can be served post haste.

**CONCLUSION**

Plaintiff respectfully requests that this Court grant this motion.

LAW OFFICE OF STANLEY GOFF

Dated: August 22, 2026

***/s/ Stanley Goff***
Stanley Goff

Dated: August 22, 2026

LAW OFFICE OF EVA GUO

***/s/ Eva Guo***
EVA GUO

Date: August 24, 2026

